## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **JESSICA RODRIGUEZ** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 3:25-cv-00015** |
| **FIRTH BUNN KERR NEILL, PC;** | § | |
| **EDWARD DEVERE BUNN, JR.; and** | § | |
| **ALEXANDER V. NEILL** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |
| | § | |

### DEFENDANTS' MOTION FOR CLARIFICATION OF THE COURT'S RULING ON PLAINTIFF'S MOTION TO COMPEL

Defendants, Firth Bunn Kerr Neill, PC ("FBKN"), Edward Devere Bunn, Jr. and Alexander V. Neill (collectively, "Defendants"), file this motion for clarification of this Court's ruling on Plaintiff's Motion to Compel (Doc. 28).

### BACKGROUND

1. Plaintiff filed a motion to compel discovery (Doc. 28).

2. Defendants filed their response to Plaintiff's Motion to Compel (Doc. 32).

3. On November 18, 2025, the Court heard Plaintiff's Motion to Compel and issued its ruling with respect to Plaintiff's Request for Production No. 17 pertaining to e-mail production by Defendants. See **Exhibit A**, pp. 10-14.

4. On November 24, 2025, Defendants produced Bates FBKN 2634-5102, containing approximately 2,468 pages of e-mail communications responsive to Plaintiff's Request for Production No. 17. The production consists of over 50,000 email communications. See **Exhibit B**, excerpt of e-mail communications produced by Defendants.

5.     The e-mail communications produced by Defendants are similar to those produced by Plaintiff, JR 115-1250, in format and information including to, from, subject, and date of communication. Cf. **Exhibit C**, excerpt of e-mail communications produced by Plaintiff.

6.     Plaintiff opposes this motion.

## ARGUMENT

Defendants believe that their production is in compliance with this Court's ruling on Plaintiff's motion. Defendants seek clarification from the Court if those documents produced by Defendants are in compliance with this Court's ruling.

## CONCLUSION

For the foregoing reasons, Defendants request that the Court grant its motion for clarification regarding whether documents produced by Defendants are in compliance with this Court's ruling on Plaintiff's Motion to Compel (Doc. 28).

Respectfully submitted,

The Law Office of Daniel A. Marquez

Daniel A. Marquez
Texas Bar No. 24091603
1308 Montana Ave., Ste. A
El Paso, TX 79902
(915) 270-9580
Fax (915)207-1930
dan@damlawoffice.com
**ATTORNEY FOR DEFENDANTS**

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the above-referenced document was served on counsel of record as listed below on December 4, 2025 via electronic service through the CM/ECF system.

_____
Daniel Marquez

CHANDLER & SHAVIN, PLLC
12377 Merit Drive, Suite 880
Dallas, Texas 75251
Corinna Chandler
Texas Bar No. 24061272
972-863-9063 (tel)
972-692-5220 (fax)
chandler@chandlershavin.com
***ATTORNEY FOR PLAINTIFF***